# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3337

_____

| | | |
|---|---|---|
| John M. Davis, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| T. C. Outlaw, Warden, FCI - Forrest | * | |
| City, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  January 21, 2010
Filed:  January 27, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate John M. Davis appeals the district court's[1] dismissal of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241.  Upon de novo review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003), we conclude that habeas relief was properly denied.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).